**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In Re:   Jeffery Pearson                                   Case No. 17-23450
                                                                            Chapter 13

LINE OF APPEARANCE

Please enter the appearance of Kyle J. Moulding, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>Finance of America, LLC,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

                                              /s/  Kyle J. Moulding, Esq.
                                              Attorney for Movant
                                              Bar No. 30148
                                              McCabe, Weisberg & Conway, LLC
                                              312 Marshall Avenue, Suite 800
                                              Laurel, MD 20707
                                              301-490-1196
                                              bankruptcymd@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401
grigsbyecf@ch13md.com

James R. Logan
James R. Logan P.A.
2419 Maryland Avenue
Baltimore, Maryland  21218
 jamesrloganpa@gmail.com


I hereby further certify that on the 5th day of January, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Jeffery Pearson
1804 Longfellow St
Hyattsville, Maryland  20782-3562
(Via U.S Mail)

                                              ***/s/ Kyle J. Moulding, Esq.***
                                              **Kyle J. Moulding, Esq.**